# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:14CR357 |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| AGUEDA ARROYO, | ) | |
| Defendant. | ) | |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Defendant Agueda Arroyo's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Filing No. 184) is denied; and

2. The Clerk is directed to mail a copy of this Judgment to the Defendant at her last known address.

DATED this 16th day of June, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge